IN THE SUPREME COURT OF TEXAS

 No. 12-0258

 IN RE KATHLEEN ANN MONTAGUE

 On Petition for Writ of Habeas Corpus

ORDERED:

 1. The Order of Enforcement by Contempt and Order for Commitment
to the Harris County Jail, dated March 20, 2012, in Cause No. 2005-17008,
styled In the Interest of A.W.L., K.E.L. and G.W.L., Minor Children, in the
247th District Court of Harris County, Texas, is stayed pending further
order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of habeas corpus by 9:00 a.m., April 3, 2012.
 3. The petition for writ of habeas corpus remains pending before
this Court.

 Done at the City of Austin, this March 30, 2012.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk